UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | MOTION FOR DOWNWARD |
| | ) | VARIANCE |
| | ) | 1:18CR00445-1 |
| JARED THOMAS MARVIN | ) | |

NOW COMES the defendant, Jared Thomas Marvin, through counsel, and pursuant to 18 U.S.C.§3553(a) and moves the Court to consider a downward variant sentence in the above referenced matter. In support thereof, the defendant states and alleges as follows:

On January 9, 2019, the defendant pled guilty to Count Five pursuant to Title 18, United States Code, Section 2252A(a)(1) and (b)(1) of the Indictment. Count Five charged Transport Child Pornography, in violation of 18 U.S.C. §§2252A(a)(1) and (b)(1).

The defendant received his Draft Presentence Report on April 18, 2019, and there was a revised Presentence Report received on May 15, 2019. The offense in this matter is extremely serious and the defendant fully accepts responsibility for his actions as outlined in Paragraphs 5 and 6 of the Presentence Report. The defendant began his acceptance of responsibility immediately upon being visited by the Surry County Sheriff's Office. The defendant admitted his activities and fully outlined his actions involving obtaining photos from young girls. He began counseling on April 27, 2017 for his sex addiction.

The defendant is a young man, age 24, with no other criminal history. He has been gainfully

employed for his adult life as reflected in paragraphs 66 and 67 of the Presentence Report. He has extremely strong family support and was particularly close to his grandparents who he lived with for a significant period of time. Attached as Exhibit A are letters from family and friends in support of the defendant.

The defendant agreed to the Court ordered psychosexual evaluation that was completed by Ashley King, Ph.D. on March 4, 2018. He was very cooperative in the testing which is outlined in paragraphs 52 through 62 of the Presentence Report. Specifically, Dr. King said the defendant is a good candidate for treatment; that he was likely to work well with a therapist who he perceived as kind; he does not appear to have significant risk factors that would make re-offense likely. He is a good treatment candidate and both increased maturity and sex offender treatment should further reduce his risk of sexual recidivism. Also, Dr. King believes judicial intervention will have a profound effect on the defendant.

The defendant would like to get help and participate in therapy so that he does not re-offend as outlined in Paragraph 55 of the Presentence Report.

Defense counsel agree with the sentencing recommendations as set out in Paragraph 23-26 of the Presentence Report and respectfully requests a downward variance to 96 months.

Counsel would respectfully request that the Court consider the argument set forth above, and to consider a downward variance from his guideline range, pursuant to the factors set forth in 18 U.S.C. §3553(a).

This the 21st day of May, 2019.

CRUMPLER FREEDMAN PARKER & WITT
Attorneys for the Defendant


By:/s/ David B. Freedman
       David B. Freedman
       860 West Fifth Street
       Winston-Salem, NC  27101
       Tel. (336) 725-1304
       State Bar No. 10334

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | 1:18CR00445-1 |
| | ) | |
| JARED THOMAS MARVIN | ) | |


The undersigned hereby certifies that he is an attorney at law licensed to practice in the State of North Carolina, is attorney for the defendant and is a person of such age and discretion as to be competent to serve process.

That on the 21st day of May, 2019, he electronically filed the foregoing **MOTION FOR DOWNWARD VARIANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


ADDRESSEE:        Mr. Eric L. Iverson
                          Assistant US Attorney
                          eric.iverson@usdoj.gov


                          CRUMPLER FREEDMAN PARKER & WITT
                          Attorneys for the Defendant

                          /s/ David B. Freedman_____
                          David B. Freedman
                          860 West Fifth Street
                          Winston-Salem, NC  27101
                          (336) 725-1304
                          State Bar No. 10334
                          david@cfpwlaw.com