To whom it may concern,

I have known Jared Marvin since he was a child. I have always liked Jared as he has always been a respectable young man. I actually hired Jared in September of 2015 and he remained with me until his incarceration. In this time Jared was an excellent employee. He showed great potential for furthering his career in the tree business. He always treated his coworkers with the upmost respect and brutal honesty. Whatever fork in the road Jared took to land his self where he is at is not an accurate representation of who he truly is. I believe Jared is a brilliant, caring young man that has made some bad decisions.

I believe Jared can be a valuable member of our society. He was an asset to my team and has been missed by all. Thanks, Van Gallman. General Foreman. Asplundh Tree Expert llc.

May 17, 2019

To Whom It May Concern:

My name is Vickie Danley and I live with my 98 year old mama. We live across the road from Jared and his grandma and we have been neighbors for many years. Jared has always been friendly, waving at us as he left and returned from school and work over the years. We sometimes got the mail at the same time and would have general conversations about the day and he enjoyed talking about his car and the improvements he would like to make.

Jared has been willing to help out when needed. We have seen him helping his grandma with yardwork such as pulling weeds, planting flowers, removing dead tree limbs, and mowing the grass.

Jared has been a good neighbor to us and we feel he is a respected member of our community.

Sincerely,

Vickie Danley

Maggie Danley

Honorable Judge

My name is Rayne Haynes. I am 20 years old. I am Jared Marvin's girlfriend. I have been by his side for the past year and a half and have experienced nothing but love and respect from him as well as his family. I truly believe in my heart that he is an incredible person and am ready to move forward in our relationship and put this behind us as well as marry him.

Through the time we've been together we have experienced great lose in both of our families with our grandmothers and much more, through these times he has been so caring and supportive, I would not be in the place I am today if it weren't for how truly amazing he is.

As I talk to him each day, he is doing better every day, as well as praying and reading his bible. I truly believe he is becoming a better person everyday. I ask of you to please be lenient in his case as he still has a long young life ahead of him as well as us wanting to start a life with each other.

Respectfully,

*Rayne Haynes*

Honorable Judge

My name is Linda Harris. I am 75 years old.  I am Jared Marvin's grandmother.  I have been to every hearing Jared has had but was unable to go to the last one because of a Doctor's appointment that I needed to attend.  My husband of 45 years passed away 10 years ago and Jared came to live with me and look after me because I am in bad health.   I was very fortunate that his mother allowed him to live with me.   He has been a very good person and a loving grandson.    Not many young boys would have done this.

He has never been on drugs or been in any kind of trouble, and has a clean record until this happened.  *He knows* he should not have done this, and unfortunately the internet has a lot of bad apps and games for teens  and young people to get on.

He has found the love of his life and *Rayne* and *her family* loves Jared so much.  They have been together for the past year & half.

He is so sorry that he has put his  family through this, and *all* of his family, especially me, loves him very very much and has stood behind him throughout this ordeal.

I am begging you along with all his family to be lenient with your decision.  I whole heartedly believe that he regrets what he has done . He reads his bible and prays every day.


Respectfully,

*Linda Harris*