IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PM 12345678910 11 12
FILED
JUL 16 2019
Clerk U.S. District Court
Greensboro, NC
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:18CR445-CCE |
| | : | |
| JARED THOMAS MARVIN | : | |

## STIPULATION REGARDING RESTITUTION

NOW COME the United States of America, by Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, through his assistant, Eric L. Iverson, and the defendant, JARED THOMAS MARVIN, in his own person and through his attorney, David B. Freedman, and stipulate and agree to the following:

1.    The Defendant, JARED THOMAS MARVIN, possessed child pornography files from the following series:

a.  "Jenny";

b.  "SpongeB – Andy";

c.  "Tara"; and

d.  "Vicky – Lily".

2.    Pursuant to Title 18 United States Code Sections 2259 and 3663A, the victims depicted in the files are entitled to restitution. The victims, having provided supporting documentation received by the United States, defense

counsel, and the United States Probation Office, are entitled to restitution in the following amounts:

    a. $7,500 to the victim, "Jenny", depicted in the "Jenny" series;

    b. $3,000 to the victim, "Tara", depicted in the "Tara" series;

    c. $6,500 to the victim, "Andy", depicted in the "SpongeB" series; and

    d. $6,000 to the victim "Lily", depicted in the "Vicky" series.

Total restitution being $23,000.

    3.    Pursuant to the plea agreement in this matter, restitution shall be due immediately upon judgment and subject to immediate enforcement by the United States. If the Court imposes a schedule of payments, the schedule of payments shall be merely a schedule of minimum payments and shall not be a limitation on the methods available to the United States to enforce the judgment.

This the 15th day of July, 2019.

MATTHEW G.T. MARTIN
United States Attorney

_____
ERIC L. IVERSON
Assistant United States Attorney

_____
JARED THOMAS MARVIN
Defendant

_____
DAVID B. FEEDMAN
Attorney for Defendant

2